Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721

Attorney for: SERVANDO AMEZOLA-HERHANDEZ aka
SERVANDO H. AMEZOLA, Defendant.

FILED
JAN 09 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERVANDO AMEZOLA-HERNANDEZ,<br>aka SERVANDO H. AMEZOLA<br><br>Defendant. | Case No.: 1:06-cr-00357-OWW-ALL<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT.**<br><br>*[Assigned to Judge Oliver W. Wanger for all purposes]* |

TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

Please take notice that Petitioner, Mr. SERVANDO AMEZOLA-HERNANDEZ substitutes Peter Singh, Esq. as his counsel of record in this matter.

**FORMER ATTORNEY**

Defendant's former counsel:

Melody M. Walcott.
**Federal Defender Office**
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226

is no longer his attorney in this matter.

///

///

///

**NEW ATTORNEY**

Defendant, SERVANDO AMEZOLA-HERNANDEZ' new counsel in this matter and new record on whom all notices and papers may be served is:

Peter Sing, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C,**
A Professional Corporation
2055 San Joaquin Street
Fresno, CA 93721
Telephone No.: (559) 256-9800
Facsimile No.: (559) 256-9792

The undersigned consent to the substitution and certify that this substitution will not delay the proceeding in this matter:

Dated: 1/8/07

SERVANDO AMEZOLA-HERNANDEZ,
Defendant.

Dated: 1/8/07

FEDERAL DEFENDER OFFICE

Melody M. Walcott, Esq.
Former Attorney for Defendant.

Dated: 12/10/06

PETER SINGH & ASSOCIATES,

Peter Singh, Esq.
Attorney for Defendant.

SO ORDERED

Dated: 1-8-07

Honorable District Judge